LEJAREN A. HILLER, Appellant, v. STATE OF NEW YORK, Respondent.   (Claim No. 31291.)   SARAH A. HILLER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31292.)

Judgments unanimously affirmed, without costs.   Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.